Tammy B. Webb, SBN 227593
Russell L. Taylor, SBN 345844
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900 | Fax: 415.391.0281
tbwebb@shb.com
rtaylor@shb.com

Mitch Engel, *pro hac vice* forthcoming
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Tel: 816.474.6550 | Fax: 816.421.5547
mengel@shb.com

Attorneys for Defendant
Newell Brands, Inc.

*(Additional Counsel Listed on Signature Block)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIJA ANDESILIC and PASSION LOWE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEWELL BRANDS INC.,<br><br>Defendant. | Case No. 2:25-cv-03736-HDV-SK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: April 5, 2025<br>Current Response Date: May 27, 2025<br>New Response Date: June 17, 2025 |

Plaintiffs Marija Andesilic and Passion Lowe and Defendant Newell Brands, Inc. jointly stipulate that the deadline for Defendant to respond to Plaintiffs' Complaint be extended to June 17, 2025. In support of this stipulation, the Parties stipulate to the following facts and recitals:

    1.    Plaintiffs' Complaint was filed on April 28, 2025. (Dkt. 1).

    2.    Defendant was served with Plaintiffs' complaint on May 5, 2025.

    3.    Defendant's response to Plaintiffs' complaint is currently due on May 27, 2025.

4. The Parties met and conferred and Plaintiffs do not oppose Defendant's request to extend the deadline for Defendant to respond to Plaintiffs' complaint from May 27, 2025 to June 17, 2025.

IT IS HEREBY STIPULATED, through counsel of record, that the following deadlines shall apply in this action:

1. Defendant's deadline to respond to Plaintiffs' complaint is extended to June 17, 2025.

IT IS SO STIPULATED.

Dated: May 27, 2025                Respectfully submitted,

                                   SHOOK, HARDY & BACON L.L.P.

                                   By:   */s/ Tammy B. Webb*
                                         TAMMY B. WEBB
                                         MITCH ENGEL
                                         RUSSELL L. TAYLOR

                                         Attorneys for Defendant
                                         Newell Brands, Inc.

Dated: May 27, 2025                CLARKSON LAW FIRM, P.C.

                                   By:   */s/ Alan Gudino*
                                         RYAN J. CLARKSON
                                         BAHAR SODAIFY
                                         ALAN GUDINO

                                         Attorneys for Plaintiffs
                                         Clarkson Law Firm, P.C.
                                         22525 Pacific Coast Highway
                                         Malibu, CA 90265
                                         Tel: (213) 788-4050
                                         Fax: (213) 788-4070