| | |
|---|---|
| **CLARKSON LAW FIRM, P.C.**<br>Ryan J. Clarkson (SBN 257074)<br>rclarkson@clarksonlawfirm.com<br>Bahar Sodaify (SBN 289730)<br>bsodaify@clarksonlawfirm.com<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br><br>*Attorneys for Plaintiffs* | **SHOOK, HARDY & BACON L.L.P.**<br>Tammy B. Webb, SBN 227593<br>Russell L. Taylor, SBN 345844<br>555 Mission Street, Suite 2300<br>San Francisco, CA 94105<br>Tel: 415.544.1900 \| Fax: 415.391.0281<br>tbwebb@shb.com<br>rtaylor@shb.com<br><br>**SHOOK, HARDY & BACON L.L.P.**<br>Mitch Engel, *pro hac vice* forthcoming<br>Kate Frerking, *pro hac vice* forthcoming<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Tel: 816.474.6550 \| Fax: 816.421.5547<br>mengel@shb.com<br>kfrerking@shb.com<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIJA ANDESILIC and PASSION LOWE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RUBBERMAID INCORPORATED,<br><br>Defendant. | Case No. 2:25-cv-03736-HDV-SK<br><br>District Judge Hon. Hernán D. Vera<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>[*Proposed Order filed concurrently herewith*] |

1

STIPULATION TO CONTINUE BRIEFING SCHEDULE ON DEFENDANT'S MTD

      Plaintiffs Marija Andesilic and Passion Lowe and Defendant Newell Brands, Inc., by and through their respective counsel, hereby stipulate and agree as follows:

      1.    Plaintiffs filed their Second Amended Complaint on August 28, 2025 (ECF No. 27).

      2.    Defendant filed a Motion to Dismiss Second Amended Complaint on September 29, 2025 (ECF No. 29).

      3.    Pursuant to Local Rule 7-9, Plaintiffs' deadline to file an opposition to the Motion to Dismiss Second Amended Complaint is November 20, 2025, which is 21 days before the originally noticed hearing date of December 11, 2025 (ECF No. 29). Pursuant to Local Rule 7-10, Defendant's deadline to file a reply in support of the Motion to Dismiss Second Amended Complaint is November 28, 2025, which is 14 days before the originally noticed hearing date.

      4.    Currently, the hearing date of Defendant's motion to Dismiss has been continued by the Court's order to December 18, 2025 (ECF No. 32).

      5.    Good cause exists for the requested extension because the Parties are currently engaged in active and productive discussions regarding a potential resolution and require additional time to continue those efforts. The Parties have met and conferred in good faith and, through their respective counsel, jointly agree that continuing the related briefing deadlines and hearing date for Defendant's Motion to Dismiss will best serve judicial economy and conserve the resources of both the Court and the Parties.

      6.    The Parties therefore request that Plaintiffs' deadline to file an opposition be continued by 32 days to December 22, 2025; that Defendant's reply brief be due three weeks after any opposition is filed; and that the hearing be re-scheduled on a date convenient to the Court, but not fewer than 14 days after the reply brief is filed.

IT IS HEREBY STIPULATED:

1. Plaintiffs' deadline to file an opposition to Defendant's Motion to Dismiss Second Amended Complaint shall be continued to December 22, 2025.

2. Defendant's reply brief in support of the Motion to Dismiss Second Amended Complaint shall be due three weeks after the opposition is filed, if any, by January 12, 2026.

3. The hearing on Defendant's Motion to Dismiss Second Amended Complaint shall be re-scheduled on a date convenient to the Court, but no sooner than January 26, 2026, 14 days after the reply brief is filed.

IT IS SO STIPULATED.

DATED: November 14, 2025            Respectfully submitted,

**CLARKSON LAW FIRM, P.C.**

By:   */s/ Bahar Sodaify*
      Ryan J. Clarkson
      Bahar Sodaify

*Attorneys for Plaintiffs*

DATED: November 14, 2025            **SHOOK, HARDY & BACON L.L.P.**

By:   */s/ Russell L. Taylor*
      Tammy B. Webb
      Mitch Engel
      Kate Frerking
      Russell L. Taylor

*Attorneys for Defendant*

# ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 14, 2025        **CLARKSON LAW FIRM, P.C.**

*/s/ Bahar Sodaify*
By: Bahar Sodaify

*Attorneys for Plaintiffs*