**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiffs*

**SHOOK, HARDY & BACON L.L.P.**
Tammy B. Webb, SBN 227593
Russell L. Taylor, SBN 345844
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900 | Fax: 415.391.0281
tbwebb@shb.com
rtaylor@shb.com

**SHOOK, HARDY & BACON L.L.P.**
Mitch Engel, *pro hac vice* forthcoming
Kate Frerking, *pro hac vice forthcoming*
2555 Grand Boulevard
Kansas City, MO 64108
Tel: 816.474.6550 | Fax: 816.421.5547
mengel@shb.com
kfrerking@shb.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIJA ANDESILIC and PASSION LOWE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RUBBERMAID INCORPORATED,<br><br>Defendant. | Case No. 2:25-cv-03736-HDV-SK<br><br>District Judge Hon. Hernán D. Vera<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>[*Proposed Order filed concurrently herewith*] |

1

STIPULATION TO CONTINUE BRIEFING SCHEDULE ON DEFENDANT'S MTD SAC

Plaintiffs Marija Andesilic and Passion Lowe and Defendant Rubbermaid Incorporated, by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiffs filed their Second Amended Complaint ("SAC") on August 28, 2025 (ECF No. 27).

2. Defendant filed a Motion to Dismiss ("MTD") SAC on September 29, 2025 (ECF No. 29).

3. The Parties filed their Joint Stipulation to Continue Briefing Schedule on Defendant's MTD on November 14, 2025 (ECF No. 33), which the Court granted on November 17, 2025 (ECF No. 34).

4. Pursuant to the Court's Order (ECF No. 34), Plaintiffs' current deadline to file an opposition to the MTD SAC is December 22, 2025 and Defendant's deadline to file a reply in support of the MTD SAC is January 12, 2026. Currently, the hearing date of Defendant's MTD SAC has been continued by the Court's order to January 29, 2026 (ECF No. 34).

5. Good cause exists for the requested extension because the Parties are currently engaged in active and productive discussions regarding a potential resolution and require additional time to continue those efforts. The Parties have met and conferred in good faith and, through their respective counsel, jointly agree that continuing the related briefing deadlines and hearing date for Defendant's MTD SAC will best serve judicial economy and conserve the resources of both the Court and the Parties.

6. The Parties therefore request that Plaintiffs' deadline to file an opposition be continued to January 15, 2026; that Defendant's reply brief be due 21 days after any opposition is filed; and that the hearing be re-scheduled on a date convenient to the Court, but not fewer than 14 days after the reply brief is filed.

IT IS HEREBY STIPULATED:

1. Plaintiffs' deadline to file an opposition to Defendant's MTD SAC shall be continued to January 15, 2026.

2. Defendant's reply brief in support of the MTD SAC shall be 21 days after the opposition is filed, if any, by February 5, 2026.

3. The hearing on Defendant's MTD SAC shall be re-scheduled on a date convenient to the Court, but no sooner than February 19, 2026, 14 days after the reply brief is filed.

IT IS SO STIPULATED.

DATED: December 22, 2025                Respectfully submitted,

**CLARKSON LAW FIRM, P.C.**

By:    /s/ Bahar Sodaify
      Ryan J. Clarkson
      Bahar Sodaify

*Attorneys for Plaintiffs*

DATED: December 22, 2025                **SHOOK, HARDY & BACON L.L.P.**

By:    /s/ Russell L. Taylor
      Tammy B. Webb
      Mitch Engel
      Kate Frerking
      Russell L. Taylor

*Attorneys for Defendant*

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 22, 2025                    **CLARKSON LAW FIRM, P.C.**

*/s/ Bahar Sodaify*
By: Bahar Sodaify

*Attorneys for Plaintiffs*